```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03876
    WINSTON SAWYER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-1812

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/05/2007 and was confirmed 08/22/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 03/12/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
CHASE AUTO FINANCE         SECURED VEHIC      15933.76        759.29        2820.85
MIDLAND MORTGAGE CO        CURRENT MORTG          .00            .00            .00
HOUSEHOLD FINANCE CORP     CURRENT MORTG          .00            .00            .00
HOUSEHOLD FINANCE CORP     MORTGAGE ARRE       2510.00           .00        1490.51
AMERICREDIT FINANCIAL SE   UNSEC W/INTER      14613.41           .00            .00
DEPENDON COLLECTION SE     UNSEC W/INTER   NOT FILED            .00            .00
HSBC NV                    UNSEC W/INTER   NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER        826.62           .00            .00
KEY NOTE CONSULTING        UNSEC W/INTER   NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER   NOT FILED            .00            .00
MRSI                       UNSEC W/INTER   NOT FILED            .00            .00
AT&T WIRELESS              UNSEC W/INTER        587.62           .00            .00
THOMAS DODGE               SECURED            5993.92         99.56         476.19
ILLINOIS DEPT OF REVENUE   UNSEC W/INTER         22.00           .00            .00
ILLINOIS DEPT OF REVENUE   SECURED NOT I      3549.95            .00            .00
BENNIE W FERNANDEZ         DEBTOR ATTY        2,623.00                         .00
TOM VAUGHN                 TRUSTEE                                          396.73
DEBTOR REFUND              REFUND                                              .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             6,043.13

PRIORITY                                          .00
SECURED                                      4,787.55
    INTEREST                                   858.85
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           396.73
DEBTOR REFUND                                     .00

             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 03876 WINSTON SAWYER
```

```
                              ---------------       ---------------
TOTALS                               6,043.13              6,043.13
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 06/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```